UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20376-CR-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIA BELEN ENRIQUEZ BARRIGA,

    Defendant.
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's Motion for Early Termination of Supervised Release D.E. 169. After considering the factors under Title 18 § 3553(a), the Court finds that termination is warranted by the conduct of the defendant, and is in the interest of justice to terminate the defendant's term of Supervised Release. Accordingly, it is

ORDERED AND ADJUDGED that the defendant's motion for termination is Granted and the term of Supervised Release is terminated.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Fort Lauderdale, Florida this 20th day of January 2022.

    RODNEY SMITH
    UNITED STATES DISTRICT JUDGE